ELLEN F. ROSENBLUM
Attorney General
MICHAEL R. WASHINGTON  #873679
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Michael.R.Washington@doj.state.or.us

Attorneys for Defendants Amsberry, LeGore, Peters, and Vaafusuaga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES WALTER WERBY,<br><br>           Plaintiff,<br><br>     v.<br><br>COLETTE PETERS, BRIGITTE AMSBERRY, R. LEGORE, S. VAAFUSUAGA, JOHN & JANE DOES,<br><br>           Defendants. | Case No.  2:18-CV-01828-HZ<br><br>DEFENDANTS' MOTION TO COPY AND INSPECT PLAINTIFF'S MEDICAL RECORDS |

## CERTIFICATE OF CONFERRAL

Pursuant to L.R. 7-1(a)(1)(C), Defendants' counsel certifies that Plaintiff is a prisoner, not represented by counsel, in the custody of the Oregon Department of Corrections (ODOC), and is currently housed at the Eastern Oregon Correctional Institution (EOCI) located in Pendleton, Oregon.

## MOTION

Defendants respectfully move this court for an order permitting Defendants to inspect and copy all of Plaintiff's relevant medical records kept by the Oregon Department of Corrections. Defendants require access to inspect and copy Plaintiff's medical records during the pendency of

Page 1 -   DEFENDANTS' MOTION TO COPY AND INSPECT PLAINTIFF'S MEDICAL RECORDS
           MRW/bl2/9267903-v1

this case.  Or. Rev. Stat. § 179.495 prohibits disclosure of Plaintiff's medical records to Defendants absent the requested court order.   Defendants require the above-requested access to Plaintiff's medical records in order to properly prepare dispositive motions and defend this case.

DATED January   25  , 2019.

                Respectfully submitted,

                ELLEN F. ROSENBLUM
                Attorney General


                    *s/ Michael R. Washington*
                MICHAEL R. WASHINGTON #873679
                Senior Assistant Attorney General
                Trial Attorney
                Tel (503) 947-4700
                Fax (503) 947-4791
                Michael.R.Washington@doj.state.or.us
                Of Attorneys for Defendants

Page 2 -    DEFENDANTS' MOTION TO COPY AND INSPECT PLAINTIFF'S MEDICAL
     RECORDS
    MRW/bl2/9267903-v1

         Department of Justice
         1162 Court Street NE
         Salem, OR 97301-4096
      (503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on January   25  , 2019, I served the foregoing DEFENDANTS' MOTION TO COPY AND INSPECT PLAINTIFF'S MEDICAL RECORDS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **JAMES WALKER WERBY** <br> **SID#14980408** <br> Eastern Oregon Correctional Institution <br> 2500 Westgate <br> Pendleton, OR 97801-9699 <br> *Pro Se Plaintiff* | ___ HAND DELIVERY <br>  X  MAIL DELIVERY <br> ___ OVERNIGHT MAIL <br> ___ TELECOPY (FAX) <br> ___ E-MAIL <br> ___ E-SERVE |

      *s/ Michael R. Washington*
MICHAEL R. WASHINGTON #873679
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Michael.R.Washington@doj.state.or.us
Of Attorneys for Defendants Amsberry,
LeGore, Peters, and Vaafusuaga

Page 1 -   CERTIFICATE OF SERVICE
      MRW/bl2/9237909-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791